# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>EDGAR GONZALES,<br><br>                    Defendant. | Case No.  21-CR-1083-WQH<br><br>SUPERSEDING<br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 –<br>Importation of<br>Methamphetamine (Felony) |

The Acting United States Attorney charges:

On or about August 24, 2020, within the Southern District of California, defendant, EDGAR GONZALEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/7/21

RANDY S. GROSSMAN
Acting United States Attorney

*Colin McDonald*
COLIN M. MCDONALD
Assistant U.S. Attorney

5/7/2021