FILED
JUL 03 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Dear Honorable Judge Hayes                06-26-23

    I am writing regarding case# 3:21-CR-01083-WQH the credit for time served. I was per plea agreement to get credit for time serve between April 7th 2021 to November, 8th 2021.... However the BOP is not honoring the credits. Can you look into it and send the proper documents to have this corrected in order to get adjusted to what it's supposed to be?

Please send copies of documents (plea agreement and order from Judge) of credit for time serve to USP Pollock 1000 AIRBASE RD. Pollock, LA 71467 records as well as a copy to me so I can show my counsler/casemanager here at USP Pollock. The BOP is only given credits for time serve the day I was sentenced 11-08-2021 when it was suppose to be from the day I went to court 4-7-2021 to 11-08-2021

                Thank you for your time.
            Sincerly
                Edgar Gonzales
                Reg # 97232298

P.S. I was unable to take any legal paperwork with me. So I was unable to show records here at USP Pollock. I am also attaching proof of my time of incarseration at GEO San Diego.

Edgar Gonzales - 97232298
USP. Pollock
Po Box 2099,
Pollock, LA. 71467

May 2, 2023



**GEO Secure Services**
Western Region Detention Facility
220 West C Street
San Diego, CA 92101

www.geogroup.com

To Whom It May Concern,

    Edgar Gonzales #97232298 was incarcerated and housed at the Western Region Detention Facility from 4/7/21-12/22/21. For further information, please contact the United States Marshals Service at 619-557-6620.

Sincerely,

*T. Hartley*

T. Hartley, Case Management Coordinator

Edgar Gonzales 97232298
USP Pollock
P.O. Box 2099
Pollock, LA 71467




CERTIFIED MAIL

7016 1970 0001 0312 6697

United States Court Southern Dist.
Att: Honorable Judge Hayes
333 West Broadway
San Diego, California
          92101



RECEIVED
JUL 03 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

92101-980555