UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EDGAR GONZALES,<br><br>        Defendant. | Case No.: 21cr1083-WQH<br><br>**ORDER** |

HAYES, Judge,

  On November 8, 2021, the Court sentenced Defendant to the custody of the Bureau of Prisons for 57 months, followed by a three-year term of supervised release. (ECF No. 52.)

  On July 3, 2023, Defendant, proceeding pro se, filed a handwritten letter stating that the Bureau of Prisons "is not honoring the credits" for pre-sentence custody Defendant served "between April 7, 2021 to November 8, 2021." (ECF No. 56 at 1.) Defendant requests that the Court "send copies of documents (plea agreement and Order from Judge) of credit for time served" to the Bureau of Prisons and to Defendant "so [Defendant] can show [his] counselor/case manager … at [the United States Penitentiary] Pollack." *Id*.

**RULING OF THE COURT**

  "[T]he Attorney General, through the Bureau of Prisons, has the responsibility for computing a sentencing credit under [18 U.S.C.] section 3585(b)." *United States v. Wilson*, 503 U.S. 329, 334-35 (1992). Prisoners are entitled to administrative review of the

computation of their credits, 28 C.F.R. §§ 542.10-542.16, and after properly exhausting these administrative remedies, an inmate may seek judicial review through filing a habeas corpus petition under 28 U.S.C. § 2241. *See Wilson*, 503 U.S. at 335; *United States v. Checchini*, 967 F.2d 348, 350 (9th Cir. 1992).

To the extent Defendant requests Court intervention in the computation of his credit for presentence custody, the Court denies that request because Defendant has failed to demonstrate that he exhausted his administrative remedies with the Bureau of Prisons. To the extent Defendant requests copies of his sentencing documents, including his Presentence Investigation Report (which recites the dates of his presentence custody, *see* ECF No. 39 at 1), the Court grants that request as follows.

IT IS HEREBY ORDERED that the Clerk of the Court shall mail to Defendant at the address listed in his letter (*see* ECF No. 56 at 3) copies of the following filings: the plea agreement (ECF No. 33), the Presentence Investigation Report (ECF No. 39), the Judgment (ECF No. 53), and this Order.

Dated: July 28, 2023

Hon. William Q. Hayes
United States District Court